UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MARCOS RUIZ-LOPEZ, et al.

    Plaintiff,

v.

    Case No.: 00-14007-CIV-PAINE
    Magistrate Judge Lynch

DOLE CITRUS, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, hereby notify the Court that they have reached the economic terms of settlement of this case and are presently preparing the final documents to consummate the settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice within 60 days hereof.

Dated this 30th day of June, 2000.

Respectfully submitted,

_See attached._

Gregory S. Schell
Florida Bar No. 287199
Migrant Farmworker Justice Project
Florida Legal Services, Inc.
P.O. Box 2110
Belle Glade, FL 33430-7110
Phone: (561) 996-5266
Fax: (561) 992-5040
Attorney for Plaintiff

David S. Shankman
Florida Bar No. 0940186
Ruden McClosky Smith Schuster & Russell, P.A.
401 E Jackson St STE 2700
Tampa FL 33602-5841
Phone: (813) 221-8027
Fax: (813) 229-9128
Attorney for Defendant

/kem

TPA:157966:1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISION

MARCOS RUIZ-LOPEZ, et al.

    Plaintiff,

v.                                                              Case No.: 00-14007-CIV-PAINE
                                                                Magistrate Judge Lynch

DOLE CITRUS, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, hereby notify the Court that they have reached the economic terms of settlement of this case and are presently preparing the final documents to consummate the settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice within 60 days hereof.

Dated this 30th day of June, 2000.

Respectfully submitted,

Gregory S. Schell                              David S. Shankman
Florida Bar No. 287199                         Florida Bar No. 0940186
Migrant Farmworker Justice Project             Ruden McClosky Smith Schuster & Russell, P.A.
Florida Legal Services, Inc.                   401 E Jackson St STE 2700
P.O. Box 2110                                  Tampa FL 33602-5841
Belle Glade, FL 33430-7110                     Phone: (813) 221-8027
Phone: (561) 996-5266                          Fax: (813) 229-9128
Fax: (561) 992-5040                            Attorney for Defendant
Attorney for Plaintiff

/kem

TPA:157966:1