UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

Case No. 00-14007-CIV-PAINE/LYNCH

MARCOS RUIZ-LOPEZ, et al., )
)
Plaintiffs, )
)
vs. )
)
DOLE CITRUS, INC., )
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of this action. This dismissal with prejudice is based upon a full and complete settlement between the Defendant and the Plaintiffs.

For the Plaintiffs:

Gregory S. Schell
Florida Bar Number 287199
Migrant Farmworker Justice Project
FLORIDA LEGAL SERVICES, INC.
Post Office Box 2110
Belle Glade, Florida  33430-7110
Telephone:   (561) 996-5266
Facsimile:   (561) 992-5040

For Dole Citrus, Inc.:

David S. Shankman
Florida Bar Number 0940186
RUDEN, McCLOSKY, SMITH,
    SCHUSTER & RUSSELL, P.A.
Suite 2700
401 E. Jackson Street
Tampa, Florida  33601-5841
Telephone:   (813) 221-8027
Facsimile:   (813) 229-9128