UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-14007-CIV-PAINE

MARCOS RUIZ-LOPEZ, et al.,

    Plaintiffs,

vs.

DOLE CITRUS, INC.,

    Defendant.

_____/



## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Stipulation of dismissal with Prejudice, filed May 18, 2001.

Upon due consideration and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. All pending motions, not otherwise disposed, are DENIED as moot; and this case is CLOSED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 24th day of May, 2000.

_James C. Paine_
JAMES C. PAINE
UNITED STATES DISTRICT JUDGE

c:    Gregory S. Schell, Esq.
      David S. Shankman, Esq.